# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

EMANUEL G. REED,

        Plaintiff,        Case No. 05-C-395

        v.

DANIEL BENIK,

        Defendant.

## OPINION AND ORDER

        The court ORDERS that the Petitioner's "Motion to Quash Respondent's Amended Motion to Dismiss" (filed May 13, 2005) IS DENIED. The court will not "quash" the motion, but will consider Reed's moving papers as a response to that motion.

        Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 13th day of May, 2005.

        s/ Thomas J. Curran
        Thomas J. Curran
        United States District Judge